## MEMORANDUM OF AGREEMENT

THIS ACCEPTANCE AGREEMENT made and entered into by and between __SECURITY INDUSTRIES, INC.__ (hereinafter referred to as "Employer") and ARCHITECTURAL AND ORNAMENTAL IRON WORKERS UNION LOCAL #63, AFL-CIO (hereinafter referred to as "Union").

In consideration of the mutual promises made to each other, the parties hereby agree as follows:

1. The undersigned Employer has examined the collective bargaining agreement (the "Agreement") currently in effect between ARCHITECTURAL AND ORNAMENTAL IRON WORKERS UNION LOCAL #63, AFL-CIO and IRON LEAGUE OF CHICAGO, INC. (the "Association"). The Employer hereby accepts and becomes bound as a party to the Agreement in its entirety, which is incorporated by reference as if set forth fully herein. The Employer further agrees to be bound by any subsequent successors, renewals, amendments, modifications, replacements and addenda to the Agreement unless this acceptance agreement is timely terminated in accordance with the provisions below. The Employer agrees that the Union's notice to the Association of intent to terminate, open or modify the underlying Agreement shall be considered as notice to the undersigned.

2. This acceptance agreement may be terminated by either party giving written notice of termination to the other by registered letter not less than 120 days and not more than 150 days prior to the current expiration date of the underlying Agreement, its successor or renewal, such termination to become effective as of the applicable expiration date.

3. The Employer agrees to pay the amounts of the contributions which it is bound to pay to the several fringe benefit funds described in the Agreement and agrees to and is hereby bound by and considered to be a party to the Agreements and Declarations of Trust creating each of said trust funds, together with any restatements or amendments thereto which have been or may be adopted, as if it has been a party to and signed the original copies of the trust instruments. The Employer ratifies and confirms the appointment of each of the Employer Trustees, who shall, together with their successor Trustees designated in the manner provided in said Agreements and Declarations of Trust, and where applicable, jointly with an equal number of trustees representing employees, carry out the terms and conditions of the trust instruments.

4. The Employer acknowledges and agrees that the Union is authorized to, and represents a majority of the Employer's employees in the bargaining unit covered by this Agreement, the Employer recognizes the Union as the exclusive collective bargaining agent under Section 9(a) of the NLRA for all employees within the bargaining unit on all present and future jobs within the Union's jurisdiction. This voluntary recognition shall continue in effect after termination of this acceptance agreement until such time as the Union is finally decertified following an NLRB election initiated by the employees, and the Employer hereby agrees that it will not request an NLRB election and expressly waives any right it may have to do so.

IN WITNESS WHEREOF, the parties have executed this agreement the __27__ day of __April__, 20__07__.

EMPLOYER:  ARCHITECTURAL AND ORNAMENTAL IRON WORKERS UNION LOCAL #63

By: _____  By: _____
__DANNY S. JONES__
__PRESIDENT__
Title

__1000 GEORGIANA ST.__
Address
__HOBART, IN 46342__
Telephone: __219.942.9447__
FAX: __219.942.9448__

EXHIBIT 1