**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 DEFINED CONTRIBUTION PENSION FUND, and the ARCHITECTURAL METAL TRAINEE SCHOOL FOR LOCAL NO. 63 AND THE IRON LEAGUE OF CHICAGO, INC. ARCHITECTURAL and ORNAMENTAL IRON WORKERS' UNION LOCAL NO. 63, <br><br> Plaintiffs, <br><br> v. <br><br> SECURITY INDUSTRIES, INC. and DANNY JONES, Individually, <br><br> Defendants. | ) ) ) ) ) ) Case No.: 13 CV 2000 ) ) Judge: Durkin ) Magistrate Judge: Keys ) ) ) ) ) ) ) ) ) ) ) ) ) |

## Agreed Motion for Entry of Agreed Judgment Order

Plaintiffs, by its attorneys, Michael J. McGuire and Gregorio & Associates, move this Honorable Court to enter an Agreed Judgment Order against the Defendant, SECURITY INDUSTRIES, INC., and in support states as follows:

1. Plaintiffs filed their amended Complaint on April 22, 2013 alleging that the Security Industries, Inc, and Danny Jones failed to fringe benefits contributions to the Plaintiff Trust Funds.

2. The parties now have reached an agreement to resolve all matters in dispute. Pursuant to agreement, Defendant Danny Jones will be dismissed from the action and an agreed Judgment will be entered against the corporate defendant, Security Industries, Inc.

3. Security Industries, Inc. and the Plaintiffs have agreed to have a Judgment entered against Security Industries, Inc. in the total amount of $53,208.50 representing $35,513.33 in unpaid fringe benefit contributions, $7,102.67 in liquidated damages, and $10,592.50 in attorney fees which are collectable under the terms of the Collective Bargaining Agreement, Trust Agreements and Federal law (29 U.S.C. Section 1132(g)(2)(b)). A copy of the proposed Agreed Judgment Order is attached as **Exhibit 1**.

WHEREFORE, Plaintiffs and Defendant, Security Industries, Inc. request that this Court enter an Agreed Judgment Order in the amount of $53,208.50 against the Defendant, Security Industries, Inc.

By: /s/:Michael J. McGuire
Michael J. McGuire
One of the Attorneys for Plaintiffs

Michael J. McGuire
ARDC #: 6290180
Attorney for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343